IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-00439-AP**

**In re: ADAMS AIRCRAFT INDUSTRIES, INC.**

## ORDER

Kane, J.

This matter is before the court on the Motion to Deny Appellant's Leave to Appeal (doc. #6), filed February 21, 2013, and the Motion for Entry of an Order Granting Motion to Deny Appellant's Leave to Appeal (doc. #8), filed March 12, 2013. The motions are **GRANTED**. This appeal is dismissed without prejudice to its being re-filed upon entry of a final or otherwise appealable order on the A&V fee request.

Dated this 14th day of March, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court